UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAMIEN SHONTELL HEWLETT,

                Plaintiff,

    v.                                        Case No. 22-C-1334

MITCHELL R. CLINE, et al.,

                Defendants.

---

## DECISION AND ORDER

---

        Plaintiff Damien Shontell Hewlett is currently serving a state prison sentence and representing himself in this 42 U.S.C. §1983 action. On May 25, 2023, Hewlett filed a motion expressing his desire for the parties to participate in mediation. Dkt. No. 16. Typically, the Court refers a case to a magistrate judge for mediation only if *all* parties express an interest in mediation because settlement is unlikely when only one party is interested. Defendants are on notice that Hewlett is interested in pursuing settlement. If Defendants also are interested, they may notify the Court, and the Court will refer the action to a magistrate judge for mediation. If Defendants are not interested in mediation at this time, no further action is required.

        **SO ORDERED** at Green Bay, Wisconsin this 31st day of May, 2023.

                                   s/ William C. Griesbach
                                   William C. Griesbach
                                   United States District Judge